David Yang (SBN 246132)
*dyang@hycounsel.com*
HAWKINSON YANG LLP
8033 W. Sunset Blvd. #3300
Los Angeles, CA 90046
(213) 634-0370 – Telephone
(213) 260-9305 – Facsimile

*Attorneys for Defendants Toshiba America Electronic Components, Inc. and Toshiba Electronic Devices and Storage Corporation*

*(additional counsel listed on next page)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MR TECHNOLOGIES GMBH, <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., and TOSHIBA ELECTRONICS DEVICES AND STORAGE CORPORATION, <br><br> Defendants. | Case No. 8:25-cv-786-JVS-DFM <br><br> **DECLARATION OF DOUGLAS F. STEWART IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO STAY** <br><br> Complaint Filed: April 15, 2025 |

*(counsel caption continued from previous page)*

Douglas F. Stewart (pro hac vice)
*doug.stewart@bracewell.com*
Patrick J. Connolly (pro hac vice)
*patrick.connolly@bracewell.com*
BRACEWELL LLP
701 5th Avenue, Suite 6850
Seattle, Washington 98104
(206) 204-6271 – Telephone
(800) 404-3970 – Facsimile

David J. Ball (pro hac vice)
*david.ball@bracewell.com*
BRACEWELL LLP
31 West 52nd Street, 19th Floor
New York, New York 10019
(212) 508-6100 – Telephone
(800) 404-3970 – Facsimile

I, Douglas F. Stewart, hereby declare as follows:

1. I am an attorney duly licensed to practice in the State of Washington and have been admitted pro hac vice to practice in this Court. I am a partner at Bracewell LLP and am one of the attorneys representing Defendants in the above-captioned matter.

2. I make this Declaration in further support of Toshiba's Motion to Stay based on my personal knowledge and a review of the case file maintained by my offices.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Masaru Atsumi, taken in this action on February 6, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of MR Technologies' Notice of Motion and Motion to Dismiss or Transfer, and Memorandum of Points and Authorities in Support Thereof in *Resonac Hard Disk Corp., et al. v. MR Techs. GmbH*, Case No. 3:25-cv-08631-PHK (N.D. Cal.), filed Dec. 29, 2025, Docket No. 25.

5. Attached hereto as **Exhibit C** is a true and correct copy of MR Technologies' Reply in Support of Its Motion to Dismiss or Transfer in *Resonac Hard Disk Corp., et al. v. MR Techs. GmbH*, Case No. 3:25-cv-08631-PHK (N.D. Cal.), filed Jan. 28, 2026, Docket No. 38.

6. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Motion for Leave to File a First Amended Complaint or to Compel Defendant to Answer Plaintiffs' Complaint in *Resonac Hard Disk Corp., et al. v. MR Techs. GmbH*, Case No. 3:25-cv-08631-PHK (N.D. Cal.), filed Feb. 12, 2026, Docket No. 40.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2026

> By: */s/ Douglas F. Stewart*
> Douglas F. Stewart (pro hac vice)
> doug.stewart@bracewell.com
> BRACEWELL LLP
> 701 5th Avenue, Suite 6850
> Seattle, Washington 98104
> (206) 204-6271 – Telephone
> (800) 404-3970 – Facsimile