# Exhibit A

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - - - -x
 4    MR TECHNOLOGIES GMBH,           :
 5           Plaintiff,               :
 6       v.                           :  Case No.
 7    TOSHIBA AMERICA ELECTRONIC      :  8:25-cv-00786
 8    COMPONENTS, INC., and TOSHIBA   :
 9    ELECTRONICS DEVICES AND         :
10    STORAGE CORPORATION,            :
11           Defendant.               :
12    - - - - - - - - - - - - - - - -x
13
14
15                       CONFIDENTIAL
16
17
18                      Deposition of
19                      MASARU ATSUMI
20                      Tokyo, Japan
21                 Friday, February 6, 2026
22           9:12 a.m. Japan Standard Time (UTC+9)
23
24     Job No.: 615335
       Pages:   1 - 45
25     Reported By:  M. Allred, RPR
```

CONFIDENTIAL
Transcript of Masaru Atsumi
Conducted on February 6, 2026

17

| | | |
|---|---|---|
| 1 | THE LEAD INTERPRETER:  And the interpreter | 09:44:12 |
| 2 | didn't hear what he said before that.  If Ms. Liu | 09:44:14 |
| 3 | can help. | 09:44:18 |
| 4 | THE CHECK INTERPRETER:  Yes.  He said: | 09:44:19 |
| 5 | "Before manager, that was head development." | 09:44:21 |
| 6 | THE LEAD INTERPRETER:  Thank you. | 09:44:26 |
| 7 | Q  And is that the writing head that's used in | 09:44:27 |
| 8 | the HDDs? | 09:44:32 |
| 9 | A  Both write and read. | 09:44:42 |
| 10 | Q  Does Toshiba design its own write heads for | 09:44:44 |
| 11 | its HDDs? | 09:44:54 |
| 12 | A  No.  Toshiba does not design. | 09:45:11 |
| 13 | Q  Who does Toshiba obtain its write heads | 09:45:14 |
| 14 | from? | 09:45:26 |
| 15 | A  It's TDK. | 09:45:36 |
| 16 | Q  And how long has TDK been the supplier of | 09:45:37 |
| 17 | Toshiba's write heads? | 09:45:50 |
| 18 | A  I don't know.  It's more than 20 years. | 09:46:10 |
| 19 | It's been more than 20 years. | 09:46:20 |
| 20 | Q  And has Resonac been the exclusive supplier | 09:46:23 |
| 21 | of the media used in the HDDs since 2019? | 09:46:26 |
| 22 | A  Yes.  Correct. | 09:46:51 |
| 23 | Q  Toshiba has never purchased media from | 09:46:52 |
| 24 | Western Digital? | 09:47:01 |
| 25 | A  That may have been the case in the past. | 09:47:39 |

CONFIDENTIAL
Transcript of Masaru Atsumi
Conducted on February 6, 2026                28

| | | |
|---|---|---|
| 1 | outside of being in an HDD? | 10:25:23 |
| 2 | A   Are you asking whether Toshiba sells Resonac | 10:25:56 |
| 3 | media? | 10:26:00 |
| 4 | Q   Yes. | 10:26:03 |
| 5 | A   It does not. | 10:26:09 |
| 6 | Q   Going back to your declaration, paragraph 5, | 10:26:11 |
| 7 | you state:  "Toshiba's understanding is that RHDC, | 10:26:42 |
| 8 | located in Japan, is responsible for designing, | 10:26:48 |
| 9 | developing, and manufacturing the magnetic recording | 10:26:53 |
| 10 | media used in the Toshiba hard disk products. | 10:26:56 |
| 11 | Toshiba personnel are not involved in the design or | 10:26:59 |
| 12 | manufacture of this...recording media." | 10:27:03 |
| 13 |     Do you see that? | 10:27:08 |
| 14 |     THE LEAD INTERPRETER:  Can the interpreter | 10:27:09 |
| 15 | see the first part of the sentence?  Could you | 10:27:12 |
| 16 | scroll up this time?  And please go down, thank you. | 10:27:14 |
| 17 |     (Discussion in Japanese.) | 10:27:58 |
| 18 | A   Yes, I do. | 10:27:58 |
| 19 | Q   Does Toshiba provide Resonac with any | 10:27:59 |
| 20 | specifications that it would like the media to | 10:28:09 |
| 21 | comply with before Resonac provides the media? | 10:28:17 |
| 22 |     MR. BALL:  Objection.  Form. | 10:28:38 |
| 23 | Q   You can answer. | 10:28:49 |
| 24 | A   As I mentioned, Toshiba presents | 10:28:51 |
| 25 | requirements such as dimensions, recording density, | 10:29:08 |

| | | |
|---|---|---|
| 1 | easy to write, and reliability. | 10:29:11 |
| 2 |     Q   And Resonac will design the media to meet | 10:29:20 |
| 3 | those requirements? | 10:29:24 |
| 4 |     A   Yes.  That's correct. | 10:29:35 |
| 5 |     THE CHECK INTERPRETER:  The check | 10:29:43 |
| 6 | interpreter just want to make one minor annotation | 10:29:44 |
| 7 | where it was translated as "easy to write." | 10:29:48 |
| 8 | "Kakiyasu sa" -- | 10:29:48 |
| 9 |     THE LEAD INTERPRETER:  Yeah. | 10:29:48 |
| 10 |     THE CHECK INTERPRETER:  -- it's ease of | 10:29:56 |
| 11 | writing.  It's the same thing.  But it's just a tiny | 10:29:57 |
| 12 | nuance -- | 10:30:00 |
| 13 |     THE LEAD INTERPRETER:  Yeah. | 10:30:03 |
| 14 |     THE CHECK INTERPRETER:  -- that might be | 10:30:03 |
| 15 | different. | 10:30:04 |
| 16 |     THE LEAD INTERPRETER:  You're right.  Thank | 10:30:06 |
| 17 | you.  So please replace all the "easy to writes" | 10:30:07 |
| 18 | with -- what was it? | 10:30:13 |
| 19 |     THE CHECK INTERPRETER:  "Ease of writing." | 10:30:19 |
| 20 |     THE LEAD INTERPRETER:  "Ease of writing." | 10:30:22 |
| 21 | Thank you. | 10:30:26 |
| 22 | BY MR. KROEGER: | 10:30:27 |
| 23 |     Q   Do you know whether the media provided by | 10:30:28 |
| 24 | Resonac is specially designed for Toshiba? | 10:30:30 |
| 25 |     A   Yes.  They are designed for Toshiba. | 10:30:49 |

CONFIDENTIAL
Transcript of Masaru Atsumi
Conducted on February 6, 2026                    33

| | | |
|---|---|---|
| 1 | (Recess from 10:40 a.m. until 10:48 a.m.) | 10:40:46 |
| 2 | THE VIDEOGRAPHER:  We are on the record. | 10:48:01 |
| 3 | The time is 10:48. | 10:48:02 |
| 4 | BY MR. KROEGER: | 10:48:04 |
| 5 | Q  Does Resonac provide documents containing | 10:48:08 |
| 6 | technical details about its media to Toshiba? | 10:48:14 |
| 7 | A  Not in detail.  Not the details, but | 10:48:44 |
| 8 | sometimes they are presented. | 10:48:48 |
| 9 | Q  And what information is contained in those | 10:48:49 |
| 10 | documents? | 10:48:58 |
| 11 | A  For example, that material in a certain | 10:49:34 |
| 12 | layer was changed, that kind of topic. | 10:49:36 |
| 13 | Q  Does Toshiba ever receive information | 10:49:47 |
| 14 | concerning the layer composition of the media? | 10:49:51 |
| 15 | A  Only the simple ones.  We don't review the | 10:50:11 |
| 16 | details. | 10:50:16 |
| 17 | Q  What do you mean by "only the simple ones"? | 10:50:17 |
| 18 | A  Things like material on a certain layer have | 10:50:39 |
| 19 | been changed. | 10:50:43 |
| 20 | Q  If Resonac tells you that material on a | 10:50:58 |
| 21 | certain layer was changed, did Toshiba have | 10:51:01 |
| 22 | information about what the material on the layer was | 10:51:06 |
| 23 | before the change? | 10:51:09 |
| 24 | THE LEAD INTERPRETER:  By "you" meaning | 10:51:16 |
| 25 | Toshiba or himself, Counsel? | 10:51:18 |

CONFIDENTIAL
Transcript of Masaru Atsumi
Conducted on February 6, 2026  34

| | | |
|---|---|---|
| 1 | Q  If Resonac informs Toshiba that material on | 10:51:21 |
| 2 | a certain layer was changed, did Toshiba have | 10:51:25 |
| 3 | information about the material that was on the layer | 10:51:28 |
| 4 | before the change? | 10:51:31 |
| 5 | A  We are not aware of the specific material. | 10:52:03 |
| 6 | Just the fact that there's been a change, so a | 10:52:10 |
| 7 | certain portion had been changed to allow for ease | 10:52:14 |
| 8 | of write. | 10:52:17 |
| 9 | Q  Does Toshiba ever provide its write head | 10:52:29 |
| 10 | maker with the information it obtains from Resonac? | 10:52:33 |
| 11 | THE LEAD INTERPRETER:  I'm sorry. | 10:52:51 |
| 12 | (Discussion in Japanese.) | 10:53:04 |
| 13 | MR. BALL:  Objection.  Asked and answered. | 10:53:06 |
| 14 | Q  You can answer. | 10:53:19 |
| 15 | A  We do hand over dimension information and | 10:53:20 |
| 16 | properties information, information about properties | 10:53:32 |
| 17 | as well. | 10:53:36 |
| 18 | Q  And the information about properties is | 10:53:39 |
| 19 | information that Toshiba received from Resonac? | 10:53:42 |
| 20 | A  Yes.  That's correct. | 10:53:55 |
| 21 | Q  Paragraph 8 of your declaration states that: | 10:54:22 |
| 22 | "Since being sued by MRT, Toshiba has, under the | 10:54:31 |
| 23 | indemnification provision of its supply agreements | 10:54:37 |
| 24 | with RHDC, requested indemnification from RHDC..." | 10:54:41 |
| 25 | And it goes on.  Do you see that? | 10:54:46 |

CONFIDENTIAL
Transcript of Masaru Atsumi
Conducted on February 6, 2026                                   35

| | | |
|---|---|---|
| 1 | A   Yes, I do. | 10:55:24 |
| 2 | Q   Were you a part of the process by which | 10:55:25 |
| 3 | Toshiba requested indemnification from RHDC? | 10:55:33 |
| 4 | A   No, I was not. | 10:55:50 |
| 5 | Q   Who informed you about the indemnification | 10:55:52 |
| 6 | request that Toshiba made to RHDC? | 10:56:00 |
| 7 | A   From IP. | 10:56:16 |
| 8 | Q   And who specifically at IP? | 10:56:18 |
| 9 | A   Asada. | 10:56:31 |
| 10 | Q   If Toshiba desired additional technical | 10:56:42 |
| 11 | details about Resonac media, would it be able to | 10:56:47 |
| 12 | request such information from Resonac? | 10:56:53 |
| 13 | A   We can ask for it, but whether or not they | 10:57:15 |
| 14 | would answer I don't know. | 10:57:22 |
| 15 | Q   Have you ever requested additional technical | 10:57:23 |
| 16 | details about the Resonac media from Resonac? | 10:57:29 |
| 17 | A   And by additional -- | 10:57:50 |
| 18 | THE LEAD INTERPRETER:  I may have said -- | 10:57:53 |
| 19 | let me do the interpretation again.  And this "you" | 10:57:55 |
| 20 | is again, Counsel, Toshiba you? | 10:58:00 |
| 21 | MR. KROEGER:  Yes. | 10:58:02 |
| 22 | THE LEAD INTERPRETER:  Okay.  Thank you. | 10:58:03 |
| 23 | (Discussion in Japanese.) | 10:58:04 |
| 24 | A   I don't know what is meant by "additional | 10:58:49 |
| 25 | technical details."  I don't, so... | 10:58:52 |

CONFIDENTIAL
Transcript of Masaru Atsumi
Conducted on February 6, 2026          37

| | | |
|---|---|---|
| 1 | provide Toshiba with information Toshiba might need | 11:02:29 |
| 2 | for this lawsuit? | 11:02:33 |
| 3 |     A   I would not know. | 11:02:59 |
| 4 |     Q   Has Resonac ever refused to provide Toshiba | 11:03:01 |
| 5 | with information Toshiba has requested? | 11:03:17 |
| 6 |     A   Yes, it did. | 11:03:40 |
| 7 |     Q   And can you describe that situation to me? | 11:03:41 |
| 8 |         THE LEAD INTERPRETER:  Because he is looking | 11:04:25 |
| 9 | up, I don't hear him. | 11:04:26 |
| 10 |         (Discussion in Japanese.) | 11:04:27 |
| 11 |     A   For example, when reliability is improved or | 11:04:53 |
| 12 | material for the lube or process have been changed, | 11:05:01 |
| 13 | we may ask what changed, and then they would say we | 11:05:06 |
| 14 | can't give you details.  That happens sometimes. | 11:05:11 |
| 15 |         THE LEAD INTERPRETER:  Lube, I think | 11:05:18 |
| 16 | L-U-B-E, but I need to ask Ms. Liu for her input. | 11:05:22 |
| 17 |         THE CHECK INTERPRETER:  The check | 11:05:27 |
| 18 | interpreter also wants to know exactly what he meant | 11:05:28 |
| 19 | by "lube." | 11:05:31 |
| 20 |         MR. KROEGER:  It's lube, L-U-B-E. | 11:05:35 |
| 21 |         (Discussion in Japanese.) | 11:05:36 |
| 22 |         THE CHECK INTERPRETER:  Yeah, lube, | 11:05:37 |
| 23 | lubrication. | 11:05:39 |
| 24 |         THE LEAD INTERPRETER:  Okay. | 11:05:41 |
| 25 |     A   So for example, when reliability is improved | 11:05:46 |

CONFIDENTIAL
Transcript of Masaru Atsumi
Conducted on February 6, 2026                      38

| | | |
|---|---|---|
| 1 | or material for the lube or process have been | 11:05:48 |
| 2 | changed, we may ask what changed.  And they may say | 11:05:51 |
| 3 | we can't give you the details.  That happens | 11:05:55 |
| 4 | sometimes. | 11:05:58 |
| 5 |     Q   Have you ever had any meetings with a | 11:05:59 |
| 6 | Resonac America employee by the name of | 11:06:10 |
| 7 | S-H-I-H-C-H-E-R "Ted" Lin, L-I-N? | 11:06:20 |
| 8 |         THE LEAD INTERPRETER:  Counsel, is this | 11:06:39 |
| 9 | "you" Toshiba you or himself? | 11:06:40 |
| 10 |         MR. KROEGER:  This is him. | 11:06:43 |
| 11 |         THE LEAD INTERPRETER:  Okay. | 11:06:58 |
| 12 |     A   No, I haven't. | 11:06:58 |
| 13 |     Q   Are you aware of anyone at Toshiba ever | 11:06:59 |
| 14 | having any meetings with Mr. Lin as it concerns | 11:07:05 |
| 15 | Resonac's media? | 11:07:09 |
| 16 |     A   I don't know.  I'm not. | 11:07:23 |
| 17 |     Q   Has anyone at Toshiba ever had any meetings | 11:07:26 |
| 18 | with the Resonac employee named Kenji Shimizu? | 11:07:34 |
| 19 | S-H-I-M-I-Z-U. | 11:07:40 |
| 20 |     A   Yes.  There were meetings. | 11:07:56 |
| 21 |     Q   And what kind of meetings take place between | 11:08:02 |
| 22 | Toshiba and Mr. Shimizu? | 11:08:07 |
| 23 |     A   About media development, there were many | 11:08:26 |
| 24 | such meetings. | 11:08:32 |
| 25 |     Q   And all those meetings take place in Japan? | 11:08:33 |

1   CERTIFICATE OF SHORTHAND REPORTER
2   I, M. Allred, the officer before whom the foregoing
3   deposition was taken, do hereby certify that the
4   foregoing transcript is a true and correct record of
5   the testimony given; that said testimony was taken
6   by me stenographically and thereafter reduced to
7   typewriting under my direction; that reading and
8   signing was not requested; and that I am neither
9   counsel for, related to, nor employed by any of the
10  parties to this case and have no interest, financial
11  or otherwise, in its outcome.
12
13  IN WITNESS WHEREOF, I have hereunto set my hand this
14  6th day of February, 2026.
15
16
17
18
19
20
21
22  *Mary Allred* (signature)
23  _____
24  M. Allred, RPR
25