UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-00786-JVS(DFMx) Date: February 26, 2026

Title MR Technologies GMBH v. Toshiba America Electronic Components, Inc. et al

Present: The Honorable: **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: [IN CHAMBERS]** ORDER RE SCHEDULING DATES

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Jury Trial** **October 19, 2027, at 8:30 a.m.**
**Final Pretrial Conference** **October 4, 2027, at 11:00 a.m.**
File Pretrial Documents not later than September 28, 2027
File motions in limine not later than September 8, 2027
**Discovery Cut-off** **May 18, 2027**
**Expert Discovery Cut-off** **June 29, 2027**
Initial disclosure of Experts not later than August 27, 2027
Rebuttal disclosure of Experts not later than September 10, 2027
**Law and Motion Cut-off** **August 30, 2027, at 1:30 p.m.**
Last day for filing replies on Motion no later than August 17, 2027
Last day for filing oppositions to Motions no later than August 3, 2027
Motions to be filed and served not later than July 12, 2027
Plaintiff's Infringement Contentions under Patent Rule 3-1 no later than April 16, 2026
Defendant's Preliminary Invalidity Contentions under Patent Rule 3-3 no later than June 30, 2026
Exchange of Proposed Terms for Construction under Patent Local Rule 4-1 no later than July 14, 2026
Exchange of Preliminary Claim Constructions under Patent Rule 4-2 no later than August 7, 2026
Joint Claim Construction and Prehearing Statement under Patent Rule 4-3 no later than August 28, 2026

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-00786-JVS(DFMx) Date: February 26, 2026

Title MR Technologies GMBH v. Toshiba America Electronic Components, Inc. et al

Completion of Claim Construction Discovery under Patent Rule 4-4 no later than September 18, 2026
Concurrent Opening Claim Construction Briefs under Patent Rule 4-5 no later October 2, 2026
Concurrent Reply Claim Construction Briefs no later than October 30, 2026

**Claim Construction Hearing November 16, 2026, at 3:00 p.m.**

The Court will defer to the parties' preference regarding a tutorial in this case.

Counsel inform the Court in the Rule 26f report that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #3, private mediation. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**The Scheduling Conference set for March 2, 2026, at 1:30 p.m. is VACATED.**

cc: ADR Coordinator